IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NEBRASKA BOOK COMPANY, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>BOOKXCHANGE, LLC,<br><br>    Defendant. | 4:11CV3189<br><br>**AMENDED PROGRESSION ORDER** |

IT IS ORDERED that the parties' joint stipulation to amend the progression schedule, (filing no. 39), is granted in part, and the progression order is amended as follows:

1) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is September 17, 2012. Motions to compel Rule 33 through 36 discovery must be filed by September 4, 2012.

2) The deadline for identifying expert witnesses expected to testify at the trial is August 31, 2012.

3) The deadlines for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s):   September 28, 2012
    For the defendant(s):   October 12, 2012

4) The deposition deadline is November 16, 2012.

5) The deadline for filing motions to dismiss and motions for summary judgment is December 7, 2012.

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is January 14, 2013.

July 27, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge