IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NEBRASKA BOOK COMPANY, INC.,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BOOKXCHANGE, LLC,<br><br>　　　　　　Defendant. | **4:11CV3189**<br><br>**ORDER** |

　　　　IT IS ORDERED, the motion to withdraw filed by Katherine S. Vogel as counsel of record on behalf of Bookxchange, L.L.C. (filing no. 41), is granted.

　　　　Dated this 26th day of September, 2012.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge